AO91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS**

United States District Court
Southern District of Texas
FILED

AUG - 9 2018

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Santos Eloy RODRIGUEZ
YOB: 1995 Citizenship: United States

**CRIMINAL COMPLAINT**

Case Number: M-18-1642-M

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 8, 2018** (Date) in **Hidalgo** County, in the **Southern** District of **Texas** defendant(s) did,

*(Track Statutory Language of Offense)*

Possess with Intent to Distribute liquid methamphetamine and Illegally Imported liquid methamphetamine

in violation of Title **21** United States Code, Section(s) **841 & 952**.

I further state that I am a(n) _____ and that this complaint is based on the following facts:
Official Title

On August 8, 2018, Santos Eloy RODRIGUEZ was detained attempting to enter the United States through the Anzalduas, Texs Port of Entry with approximately 52.72 kilograms of liquid methamphetamine concealed in the spare tire of the vehicle he was driving.

SEE ATTACMENT "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☒ No

Approved jr

Signature of Complainant

**Christina B. Flores, HSI**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**August 9, 2018 8:25 am** at **McAllen, TX**
Date                                                City and State

Peter E. Ormsby, United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

On August 08, 2018, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received a request for investigative assistance from the U.S. Customs and Border Protection/Office of Field Operations (CBP/OFO) at the Hidalgo Port of Entry (POE) in Hidalgo, Texas. Customs and Border Protection Officers (CBPOs) detained Santos Eloy RODRIGUEZ (hereafter RODRIGUEZ) after discovering a liquid substance which field-tested positive for methamphetamine, weighing a total of 52.72 kilograms (kg), concealed within the spare tire of the vehicle RODRIGUEZ was driving when applying for entry into the U.S.

At primary inspection, CBPO stated he observed RODRIGUEZ exhibit "nervous behavior" according to his training and experience. CBPO stated RODRIGUEZ specified to CBPOs that he was traveling into the U.S. to visit family for two days. RODRIGUEZ then stated that he was traveling to Pecos, Texas for work. CBPO stated he asked RODRIGUEZ to whom the vehicle he was driving belonged. RODRIGUEZ stated that the vehicle belongs to his aunt. CBPO stated he asked RODRIGUEZ for his aunt's name, to which RODRIGUEZ did not respond and proceeded to view the vehicle registration. CBPO referred the vehicle for a CBP Land Border inspection. During secondary inspection, CBPO stated RODRIGUEZ explained he was traveling to Pecos, Texas for work. CBPOs located a non-factory attachment under the vehicle. A non-intrusive X-ray inspection (Z-portal) of the vehicle was conducted and discovered anomalies located in the spare tire area of the vehicle. CBPOs recovered liquid substance concealed within the spare tire of the vehicle which field-tested positive for properties of methamphetamine.

During a post-Miranda warning interview, HSI Special Agent and HSI Task Force Officer questioned RODRIGUEZ concerning the purpose and details of his frequent travels into the U.S. from Mexico. RODRIGUEZ stated he purchased the vehicle he was driving on August 02, 2018, to transport illegal narcotics into the U.S. RODRIGUEZ stated he was being paid $2,000 to transport illegal narcotics to an unknown location in Houston, Texas, within the spare tire of the vehicle he was driving. RODRIGUEZ stated he did not know the type of illegal narcotics he was transporting.